

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2021

No. 04-21-00073-CV

**ST. MARY'S HALL, INC.**,
Appellant

v.

Gabriella **GARCIA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11569
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

After we granted Appellee's first and second motions for extensions of time to file the brief, we set it due on July 21, 2021. *See* TEX. R. APP. P. 38.6(b). On the twice-extended due date, Appellee filed an unopposed third motion for a thirty-day extension of time to file the brief, until August 20, 2021. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. Appellee's brief is due on August 20, 2021. Any further motion for extension of time to file the brief is discouraged and may be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court